U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
3/11/2025
Hon. Dale L. Somers, Presiding

09:30 AM

_____

Case Information:
     24-40389 Karina A Paredes   Chapter: 13
Judge: DLS  Filed: 06/12/2024   Pln Confirmed: 08/30/2024

_____

Appearances:
    X Ryan Michael Graham   representing  Karina A Paredes  (Debtor) - phone
    X Teresa Arnold    representing  Carl B. Davis  (Trustee)


_____

Issue(s):
    [32]  Motion to Borrow 8,000.00 from Smithville Ford Filed on behalf of Debtor Karina A Paredes, with Certificate of Service.
    [25]  Motion for Dismissal for Failure to Make Plan Payments . Filed on behalf of Trustee Carl B. Davis, with Certificate of Service.

_____

Notes/Decision: **[32] Motion granted.**
**[25] Continued to April 15 by text order.**

_____

Courtroom Deputy: Tricia Smith-Hickey
ECRO Reporter:  Dana Colombo