**SO ORDERED.**

**SIGNED this 18th day of March, 2025.**



*Dale L. Somers*
_____
Dale L. Somers
United States Chief Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS

In re:    Karina Paredes                            )    Case No. 24-40389
                                    Debtor    )

<u>**ORDER APPROVING DEBTOR'S EMERGENCY MOTION TO BORROW, DOCUMENT #32**</u>

On **February 27, 2025**, Debtor filed **Document No. 32 ,** the Emergency Motion to Borrow for a replacement vehicle.  The Court finds that Debtor's Motion, having been agreed to by the Chapter 13 Trustee, is satisfactory and therefore should be granted.

**IT IS THEREFORE ORDERED** that said Motion to Borrow is GRANTED hereby allowing Debtor to incur additional indebtedness for the purchase of a 2016 Honda Civic LX, or a similar vehicle, through dealer, Smithville Ford and/or its underwriters for the following proposed maximum finance terms with payments to be made direct to said lender:

| | | |
|---|---|---|
| a. | Loan Principal: | $8,000.00 |
| b. | Down Payment: | $1,200.00 |
| c. | Interest Rate: | 22.00% |
| d. | Monthly Payment: | $250.00 |
| e. | Term: | 48 Months |

**IT IS SO ORDERED.**

###

Respectfully Submitted,
WM Law

s/ Ryan M. Graham
Ryan M. Graham, MO #73470; KS #79061
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
graham@wagonergroup.com
ATTORNEY FOR DEBTOR

Approved by:

s/ Carl B. Davis
Office of the Chapter 13 Trustee
Carl B. Davis
300 W. Douglas, Suite 650
Wichita, KS 67202