SO ORDERED.

SIGNED this 1st day of April, 2025.



_____
Dale L. Somers
United States Chief Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re: KARINA A PAREDES

Debtor(s)

Case no. 24-40389
Chapter 13

*Electronically Filed*

### AMENDED ORDER TO DEBTOR TO PAY TRUSTEE

To: KARINA A PAREDES
3209 SE IRVINGHAM ST
TOPEKA, KS 66605

Debtor(s):

WHEREAS, the above named court in the above entitled proceeding has found that the debtor(s) herein has submitted a plan to pay his or her debts out of his or her future earnings, and by this plan submits all of his or her future earnings and wages under the supervision and control of the Court for the purpose of consummating the plan; and on April 1, 2025,

IT IS ORDERED THAT Karina A Paredes, the debtor(s) herein, is hereby ordered and directed until further order of this Court, to pay from his or her earnings the sum of **$590.00, each month,** beginning on the next payday following receipt of this order and to pay said sum forthwith to ***CARL B. DAVIS, TRUSTEE, P.O. BOX 501, MEMPHIS, TN 38101-0501.***

You may remit payments electronically by going to https://tfsbillpay.com .

IT IS FURTHER ORDERED that said debtor notify said trustee if his or her employment is terminated and the reason for such termination.

This order supersedes any previous order made to you in this cause.

YOU ARE DIRECTED TO CARRY THIS ORDER INTO EFFECT.

# # #

Submitted on April 1, 2025
by Carl B. Davis, Trustee,
cbdsig@kstrustee.com